IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS JOHNSON,<br>   Petitioner,<br><br> v.<br><br>SCOTT NICKELSON et al.,<br>   Respondents. | Civ. No. 15-4965 |

## O R D E R

**AND NOW**, this 29th day of September, 2017, upon consideration of Petitioner's unopposed Motion for Stay and Abeyance of Federal Proceedings (Doc. No. 47), the Commonwealth's Response to Petitioner's Request for a Stay (Doc. No. 48), and Magistrate Judge Sitarski's Report and Recommendation (Doc. No. 49), to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 49) is **APPROVED** and **ADOPTED**;

2. Petitioner's Motion to Stay Habeas Proceedings (Doc. No. 47) is **GRANTED**;

3. This action is **STAYED** and held in **ABEYANCE** pending exhaustion of state court remedies, and shall **REMAIN IN SUSPENSE** pending further Order of Court; and

4. Petitioner shall **FILE** a status report within thirty (30) days of the conclusion of the state court proceedings, and include a copy of the relevant state court disposition.

                **AND IT IS SO ORDERED.**

                */s/ Paul S. Diamond*
                _____
                Paul S. Diamond, J.