**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS JOHNSON,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO. 15-cv-4965** |
| | : | |
| **SCOTT NICKELSON, et al.,** | : | |
| **Respondents.** | : | |

## O R D E R

**AND NOW**, this __1ST__ day of October, 2019, upon consideration of Plaintiff's Motion for Leave to Supplement and Amend the Petition for Writ of Habeas Corpus (ECF No. 56), and the Commonwealth's Response indicating it does not oppose the Motion, (ECF No. 61), it is hereby **ORDERED** that the Motion for Leave to Supplement and Amend the Petition is **GRANTED AS UNOPPOSED**.

The Clerk of the Court is directed to docket the Amended Petition, attached to Plaintiff's Motion. (ECF No. 56-1).

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge