IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS JOHNSON, : | |
|       Petitioner, : | |
| : | |
| v. : | Civ. No. 15-4965 |
| : | |
| SCOTT NICKELSON et al., : | |
|       Respondents. : | |

### O R D E R

**AND NOW**, this 14th day of May, 2020, upon consideration of Petitioner's unopposed Motion for Stay and Abeyance of Federal Proceedings (Doc. No. 56), the Commonwealth's Response to Petitioner's Request for a Stay (Doc. No. 61), and Magistrate Judge Sitarski's Report and Recommendation (Doc. No. 62), to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 62) is **APPROVED** and **ADOPTED**;

2. Petitioner's Motion to Stay Habeas Proceedings (Doc. No. 65) is **GRANTED**;

3. This action is **STAYED** and held in **ABEYANCE** pending exhaustion of state court remedies, and shall **REMAIN IN SUSPENSE** pending further Order of Court; and

4. Petitioner shall **FILE** a status report within thirty (30) days of the conclusion of the state court proceedings, and include a copy of the relevant state court disposition.

                                      **AND IT IS SO ORDERED.**

                                      */s/ Paul S. Diamond*
                                      _____
                                      Paul S. Diamond, J.