**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DENNIS JOHNSON, #JT-9636 | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 15-4965 |
| | : | |
| SCOTT NICKELSON, et al., | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this 7th day of May, 2026, it is hereby **ORDERED** that the Court will conduct an evidentiary hearing on the Petition on Thursday, June 18, 2026 at 1:30 p.m. in Courtroom 14A of the James A. Byrne U.S. Courthouse, 601 Market St., Philadelphia, PA 19106, at which Petitioner will present live testimony from the identifying witnesses regarding their prior identification of Petitioner.  With this Order the Court asks the Pennsylvania Attorney General to participate in this hearing.  See Johnson v. Mahanoy, 144 F.4th 178, 187 (3d Cir. 2025) ("The District Court did not abuse its discretion by weighing the views of the Attorney General, as amicus, against the [District Attorney]'s.").

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
Paul S. Diamond, J.