## IN THE UNITED STATES DISTRICT CORUT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DENNIS JOHNSON,**
    Petitioner,

**v.**

**SCOTT NICEKLSON, et al.,**
    Respondents.

CIVIL ACTION

No. 15-cv-4965

## WITHDRAWAL OF APPEARANCES

Katherine E. Ernst and Steven J. Wildberger hereby withdraw their appearances on behalf of Respondents in this matter due to an actual or apparent conflict of interest. Undersigned counsel also believe, based on their best professional judgment, that the Philadelphia District Attorney's Office may have a conflict of interest in this case. Undersigned counsel understand that the office is seeking to remedy this conflict.

Respectfully submitted,

*/s/ Katherine E. Ernst*
Katherine E. Ernst
Chief of Training, Law Division
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Katherine.ernst@phila.gov
(215) 686-8000

*/s/ Steven J. Wildberger.*
Steven J. Wildberger
Assistant Supervisor, Law Division
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Steven.wildberger@phila.gov
(215) 686-8000

## CERTIFICATE OF SERVICE

I, Katherine Ernst, certify that on June 25, 2026, I served a copy

of this notice on all counsel of record via the Court's CM/ECF system.

> /s/ Katherine E. Ernst
> Katherine E. Ernst
> Chief of Training, Law Division
> Philadelphia District Attorney's Office
> Three South Penn Square
> Philadelphia, PA 19107
> Katherine.ernst@phila.gov
> (215) 686-8000