## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENNIS JOHNSON,
    Petitioner,

       v.

SCOTT NICEKLSON, et al.,
    Respondents.

CIVIL ACTION

No. 15-cv-4965

## WITHDRAWAL OF APPEARANCE

Steven J. Wildberger hereby withdraws his appearance on behalf of Respondents in this matter.

Respectfully submitted,

_/s/ Steven J. Wildberger_

Steven J. Wildberger
Assistant Supervisor, Law Division
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: steven.wildberger@phila.gov
(215) 686-8000

**CERTIFICATE OF SERVICE**

I, Steven J. Wildberger, certify that on June 26, 2026, I served a copy of this

response on all counsel of record via the Court's CM/ECF system.

/s/ Steven J. Wildberger
Steven J. Wildberger
Assistant Supervisor, Law Division
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: steven.wildberger@phila.gov
(215) 686-8000