**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DENNIS JOHNSON,<br>      Petitioner, | CIVIL ACTION |
| v. | |
| SCOTT NICEKLSON, et al.,<br>      Respondents. | No. 15-cv-4965 |

### WITHDRAWAL OF APPEARANCE

David J. Napiorski hereby withdraws his appearance on behalf of Respondents

in this matter.


Respectfully submitted,

    */s/ David Napiorski*
David J. Napiorski, Esquire
Supervisor, Law Division
Philadelphia District Attorney's Office

**CERTIFICATE OF SERVICE**

I, David J. Napiorski, certify that on June 26, 2026, I served a copy of this

notice on all counsel of record via the Court's CM/ECF system.

_/s/ David Napiorski_

David J. Napiorski, Esquire
Supervisor, Law Division
Philadelphia District Attorney's Office