## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS JOHNSON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SCOTT NICKELSON, et al., | : | No. 15-cv-4965 |
| Respondents. | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Peter F. Andrews hereby withdraws his appearance on behalf of the Respondents in this case.

Respectfully submitted,

/s/
PETER F. ANDREWS
Supervisor, Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: peter.andrews@phila.gov
(215) 686-8000

## CERTIFICATE OF SERVICE

I, Peter F. Andrews, certify that on June 26, 2026 I served a copy of this response on all counsel of record via the Court's CM/ECF system.

      /s/
_____

PETER F. ANDREWS
Supervisor, Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: peter.andrews@phila.gov
(215) 686-8000
