**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DENNIS JOHNSON, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 15-4965 |
| | : | |
| SCOTT NICKELSON, et al., | : | |
| Respondents | : | |

**NOTICE OF ERRATA**

On June 30, 2026, the undersigned filed a response on behalf of the respondents concurring in the request of the Pennsylvania Office of the Attorney General ("OAG") for a continuance and to establish a briefing schedule. When the request was electronically filed, I intended to select the respondents as the parties on whose behalf the response was being filed—Scott Nicholson, the Attorney General of the Commonwealth of Pennsylvania, and the Philadelphia District Attorney. However, it appears that I inadvertently selected the name of the Petitioner, Dennis Johnson, as one of the parties for whom I was filing and omitted Mr. Nicholson. As a result, the Court's CM/ECF system automatically listed my name among Mr. Johnson's representatives. I do not represent Mr. Johnson, nor am I authorized to file anything on his behalf. I was unaware of this error until I reviewed the Court's June 30, 2026, Order, and I apologize for the confusion that my error has obviously caused.

Respectfully submitted,

*/s/Thomas Gaeta*
THOMAS GAETA
Assistant District Attorney
Supervisor, Civil Litigation
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Phone: (215) 686-9948
thomas.gaeta@phila.gov

Date: June 30, 2026

## CERTIFICATE OF SERVICE

I, Thomas Gaeta, certify that on June 30, 2026, I served a copy of the foregoing on all counsel of record via the Court's CM/ECF system.

*/s/Thomas Gaeta*
THOMAS GAETA
Assistant District Attorney
Supervisor, Civil Litigation