## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS JOHNSON, #JT-9636** | **:** | |
| **Petitioner,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civ. No. 15-4965** |
| | **:** | |
| **SCOTT NICKELSON, et al.,** | **:** | |
| **Respondents.** | **:** | |

## O R D E R

**AND NOW**, this 14th day of July, 2026, it is hereby **ORDERED** that the hearing scheduled for Friday, July 17, 2026, at 1:30 p.m. is hereby **RESCHEDULED** to Friday, July 17, 2026, at 11:00 a.m. in Courtroom 14A of the James A. Byrne U.S. Courthouse, 601 Market St., Philadelphia, PA 19106.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.