**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| DENNIS JOHNSON, | : | CIVIL ACTION |
|  | : |  |
| Petitioner, | : |  |
|  | : | NO. 15-cv-4965 |
| v. | : |  |
| SCOTT NICKELSON et al., | : |  |
|  | : |  |
| Respondents. | : |  |
|  | : |  |

## ENTRY OF APPEARANCE

Kindly enter the appearance of David Rodkey, Esquire, on behalf of Respondent

Matthew Stiegler.

Dated: July 21, 2026

**DILWORTH PAXSON LLP**

*/s/David Rodkey*
David Rodkey, Esq. (Pa. Id 325698)
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215)575-7027
Fax: (215)754-4603
Email: drodkey@dilworthlaw.com

*Attorney for Respondent Matthew Stiegler*

#125736138v1