**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS JOHNSON, #JT-9636** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 15-4965** |
| | : | |
| **SCOTT NICKELSON, et al.,** | : | |
| **Respondents.** | : | |

# O R D E R

**AND NOW**, this 24th day of July, 2026, it is hereby **ORDERED** that if the Petitioner or

the Pennsylvania Office of the Attorney General wishes to respond to the Notice of Conflict (Doc.

No. 135) or the Response to Notice Conflict (Doc. No. 138), they must do so **on or before** July

**28, 2026 at 1:00 p.m.**

                                     **AND IT IS SO ORDERED.**

                                     */s/ Paul S. Diamond*

                                  _____

                                  Paul S. Diamond, J.