**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| DENNIS JOHNSON, | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 15-4965 |
| SCOTT NICKELSON, et al., | : | |
| Respondents. | : | |
| | : | |

**PETITIONER'S RESPONSE TO CONFLICT NOTICES**

Petitioner takes no position on either the Notice of Conflict (Doc. No. 135) or the

Response to Notice of Conflict (Doc. No. 138).

Respectfully submitted,


/s/ Anne Fisher
Anne Fisher
Aren Adjoian
Federal Community Defender Office
for the Eastern District of Pennsylvania
The Curtis, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520


/s/ Amelia R. V. Maxfield
Amelia R. V. Maxfield
The Exoneration Project
126 C St. NW, Floor 2
Washington, DC 20001
(771) 221-0441

/s/ Nilam A. Sanghvi
Nilam A. Sanghvi
The Pennsylvania Innocence Project
1515 Market Street, Suite 300
Philadelphia, PA 19102
(215) 204-4255


Dated: July 24, 2026

**CERTIFICATE OF SERVICE**

I, Anne Fisher, hereby certify that on July 24, 2026, I served a copy of this response on all counsel of record via the Court's CM/ECF system.

Respectfully submitted,

/s/ Anne Fisher
Anne Fisher

July 24, 2026

2