**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS JOHNSON,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 15-4965** |
| | : | |
| **SCOTT NICKELSON, et al.,** | : | |
| **Respondents.** | : | |

## O R D E R

**AND NOW**, this 28th day of July, 2026, it is hereby **ORDERED** that the Hearing in this matter begun July 17, 2026 will resume on **August 27, 2026 at 10:30 a.m.** in Courtroom 14A of the James A. Byrne U.S. Courthouse, 601 Market St., Philadelphia, PA 19106.  The following witnesses will testify:

1. Katherine Ernst

2. Steven Wildberger

3. David Napiorski

4. Peter Andrews

5. Jaclyn Mason

Petitioner Johnson may attend virtually or in person.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

Paul S. Diamond, J.