**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS JOHNSON,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 15-4965** |
| | : | |
| **SCOTT NICKELSON, *et al.*,** | : | |
| **Respondents.** | : | |

**O R D E R**

**AND NOW**, this 25th day of August 2026, upon consideration of Non-Party Witness Jaclyn Mason's "Motion for Leave for Limited Participation of Counsel as *Amicus Curiae*" (Doc. No. 147), The District Attorney's Response (Doc. No. 150), Non-Party Witness Matthew Stiegler's "Motion for leave for Limited Participation of Counsel and *Amicus Curiae*, and Response to Mason's Motion for Leave for Limited Participation of Counsel as *Amicus Curiae*" (Doc. No. 151), Petitioner Dennis Johnson's Response (Doc. No. 152), Non-Party Witnesses Steven J. Wildberger and Katherine E. Ernst's Response (Doc. No. 153), and Non-Party Witness David Napiorski's Response (Doc. No. 154), for it is hereby **ORDERED** that:

1. Jaclyn Mason's Motion (Doc. No. 147) is **DENIED**;
2. Matthew Stiegler's Motion (Doc. No. 151) is **DENIED**;
3. The requests of all other non-party witnesses for leave for limited participation of counsel as *amicus curiae* (Doc. Nos. 151, 153, 154) are **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.