**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DENNIS JOHNSON, Petitioner, | : | |
| v. | : | CIVIL ACTION |
| SCOTT NICKELSON, et al., Respondents. | : | No. 15-4965 |

**PETITIONER'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

As set forth in Petitioner Dennis Johnson's Response to the District Attorney's Office's ("DAO") Motion to Withdraw Response (Dkt. No. 120), and his Response to the Office of Attorney General's ("OAG") Motion to Establish Briefing Schedule (Dkt. No. 121)—both of which Mr. Johnson requests be incorporated herein—Mr. Johnson takes no position on the discrete question of whether the DAO should remain involved in his federal habeas proceedings.[1] For the same reasons, Mr. Johnson respectfully defers to the Court's judgment as to the appropriate findings of fact and conclusions of law on that discrete question. As

[1] Petitioner also took no position in response to the Notice of Conflict filed by Katherine Ernst and Steven Wildberger (Dkt. No. 135), and to the DAO's response to that notice (Dkt. No. 138).

previously stated, Mr. Johnson is prepared to return to litigating the merits of his constitutional claims.

Mr. Johnson does request, however, that this Court decline to permit both the DAO and the OAG to remain involved moving forward. This Court asked the OAG to participate in the evidentiary hearing as amicus, citing *Johnson v. Mahanoy*, 144 F. 4th 178, 187 (3d Cir. 2025) ("The District Court did not abuse its discretion by weighing the views of the Attorney General, as amicus, against the [District Attorney]'s"). Order, Dkt. No. 97. At that juncture, the OAG's participation would have allowed for an adversarial process, as the DAO had conceded relief. *See Wharton v. Superintendent Graterford SCI*, 95 F.4th 113, 126 (3d Cir. 2024).

However, now both the DAO and the OAG oppose relief and are adverse to Mr. Johnson. Mr. Johnson therefore respectfully requests that this Court permit only one adversary to litigate this action moving forward. As indicated above and in previous filings, it does not matter to Mr. Johnson if that entity is the OAG, the DAO, or some other entity this Court deems appropriate. However, because these proceedings are now adversarial, it would be unfair to Mr. Johnson to have to litigate against two opponents instead of one.

Respectfully submitted,

/s/ Anne Fisher
Anne Fisher
Aren Adjoian
Federal Community Defender Office
for the Eastern District of Pennsylvania
The Curtis, Suite 545-W
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520

/s/ Nilam A. Sanghvi
Nilam A. Sanghvi
The Pennsylvania Innocence Project
1515 Market Street, Suite 300
Philadelphia, PA 19102
(215) 204-4255

/s/ Amelia R. V. Maxfield
Amelia R. V. Maxfield
The Exoneration Project
126 C St. NW, Floor 2
Washington, DC 20001
(771) 221-0441

Dated: September 8, 2026

**CERTIFICATE OF SERVICE**

I, Anne Fisher, hereby certify that on September 8, 2026, I served a copy of this response on all counsel of record via the Court's CM/ECF system.

Respectfully submitted,

/s/ Anne Fisher
Anne Fisher