DISTRICT ATTORNEY'S OFFICE
THREE SOUTH PENN SQUARE
PHILADELPHIA, PENNSYLVANIA 19107-3499
(215) 686-8000

LAWRENCE S. KRASNER
DISTRICT ATTORNEY

**AFFIDAVIT OF JEAN PETERS-BAKER**
**Pursuant to 28 U.S.C. § 1746 and 18 Pa. C.S. § 4904**

I, Jean Peters-Baker, hereby declare, verify and swear as follows:

1. I have served as a licensed attorney since 1998, having worked as a prosecutor at the Jackson County Prosecutor's Office in Kansas City, Missouri, for 27 years.

2. I was appointed as the Prosecutor of the Jackson County Prosecutor's Office in May of 2011 and subsequently served as the thrice elected Prosecutor of the Office in 2012, 2016 and 2020.

3. As the Elected and Appointed Prosecutor of the Office, I created and oversaw the following units: Crime Strategies, Conviction Review, Dashboards and Data Transparency, Neighborhood Prosecution Teams, New Start Diversion, Re-Entry, and Veterans Court.

4. During my time at the Jackson County Prosecutor's Office, I also served as a Prosecuting Attorney (between May 1998- December 2010). In this role, I prosecuted complex cases in the: Sex Crimes and Child Abuse Unit, Domestic Violence Unit, Drug Enforcement Unit/Drug Court/Civil Forfeitures, and Family Court. I also served as a Grand Jury Prosecutor, Warrant Desk Attorney, and Drug Abatement Response Team Coordinator.

5. I further served as the Office's Trial Team Leader/Chief Warrant Officer (between November 2007-December 2010), supervising a wide-range of attorneys, victim-witness advocates, investigators, and other support staff, as well as managing diversion programs and dockets while directing a trial team and trying cases. I oversaw the daily intake and review of general crimes from multiple law enforcement agencies and was also responsible for serving on an operations committee with members of the judiciary, court personnel, members of the defense bar, law enforcement and jail personnel.

6. I currently own my legal practice, Jean Peters Baker Law, which is focused on Civil Rights claims and Expert Witness testimony regarding allegations of wrongful convictions.

7. I also serve as a Senior Fellow for the Association of Prosecuting Attorneys, providing legal training for forensic interviewers and law enforcement for child sex crimes, and working with local jurisdictions to reduce crime through academic backed models.

8. I have published numerous law articles pertaining to, *inter alia*, prosecution, law enforcement, and community and public safety, which have been featured in the: UMKC Law Review, Institute for Innovation in Prosecution, the Marshall Project, Urban League of Greater Kansas City, and other publications.

9. On or about July 15, 2026, the District Attorney of Philadelphia contacted me to discuss *Johnson v. Nickelson, et al.*, E.D. Pa. Civ. No. 15-4965, and given my extensive and relevant background, as well as my lack of any connection to this case or any parties involved, DA Krasner asked if I would be interested and available to conduct an independent review of the merits of the habeas claims and draft an accompanying brief in preparation for a possible evidentiary hearing.

10. On July 22, 2026, I was hired by the DA's office to handle the habeas portion of the Johnson case. My assignment involves, *inter alia*, reviewing all case records; conducting legal research; investigating claims for relief; preparing any relevant or request legal briefs, filing, and/or memoranda as needed; and representing the Commonwealth in any evidentiary hearing on the merits of the habeas claims in the Johnson case should one be ordered.

11. At the DA's directive, I have full discretion and decision-making authority to determine the outcome and the DAO's position on the habeas claims in the *Johnson* case, without editorial constraints.

12. Further, I have not discussed the substantive aspects of the instant case with any members of the DAO, or any external parties for that matter.

13. Following a full and independent review of the record in the *Johnson* case, I have determined that each of Petitioner's claims for relief should be denied.

14. I am continuing to work on the Commonwealth's Response to Johnson's habeas petition and am awaiting retrieval of additional archived material that may be relevant to certain claims. However, I am submitting the current draft of the response to the Court under seal.

I hereby swear that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the provisions of 28 U.S.C. § 1746 and 18 Pa. C.S. § 4904.

______________________________________ Date: September 3, 2026________

Jean Peters-Baker, Esq.

# Jean Peters-Baker

Email:jean@petersbakerlaw.com
LinkedIn: www.linkedin.com/in/jean-peters-baker-206987281

## Education

*University of Missouri-Kansas City School of Law* — *Juris Doctorate – May 1998*

- Law Review, Staff Member
- Ellison Moot Court, Staff Member
- Journal of Matrimonial Lawyers, Staff Member

*University of Missouri-Columbia* — *Master of Science in Public Administration – May 1995*

*Columbia College* — *Bachelor of Science in Graphic Design – May 1991*

## Work History

***Association of Prosecuting Attorneys*** — ***April 2025 – present***
*Senior Fellow*
Provide legal training for forensic interviewers and law enforcement for child sex crimes and interview techniques. Work with local jurisdictions to reduce crime through academic backed models.

***Jean Peters Baker Law*** — ***June 2025 – present***
*Civil Rights Attorney*
Provide legal services to those who are injured by government actors.

***Jackson County Prosecutor's Office*** — ***May 2011 - January 2025***
*Appointed Prosecutor in May of 2011*
*Elected Prosecutor in November of 2012*
*Re-elected Prosecutor in November of 2016*
*Re-elected Prosecutor in November of 2020*
As Prosecutor, I created and oversaw the following units:

- **Crime Strategies Unit -** with a focus on data, this unit studied methods of crime reduction to assist police agencies.
- **Community Advisory Board** - a board of diverse community members to serve as advisors for the prosecutor on key issues, such as drug prosecutions and officer involved incidents.
- **Conviction Review Unit** – In 2017, I created a unit responsible for reviewing past convictions for actual innocence claims or constitutional violations. This staff was responsible for reviewing evidence, court transcripts and procedural history, along with fostering a working relationship with defense counsel to examine claims.
- **Dashboards and Data Transparency** – Launching robust information regarding the work of my office that is available to the community from their own homes.
- **Neighborhood Prosecution Teams** – My staff is assigned to teams to work "hot spots" in the City in order to focus our limited resources, these teams will prosecute offenses occurring within those boundaries and improve communication with community groups and police.
- **New Start Diversion -** offering a track for dismissal of charges after successful completion of conditions with Court oversight.

- **Re-Entry** – monitoring up to 30 individuals exiting prison (in conjunction with Probation and Parole, and Court oversight), offering support for housing, employment, reintegration with families and successfully managing new technology and other supports as needed.
- **Veterans Court** – This effort provides Veterans special consideration given PTSD and special services addressing trauma and substance dependency through partnership with the Veteran's Administration and the Treatment Court Commissioner.
- 
- **Discovery Advisory Committee** – reviewing previous cases and office processes regarding disclosure of discovery and make recommendations and to implement full electronic discovery processes.

### *Jackson County Community Backed Anti-Crime Tax, COMBAT*

*Department Manager* *2017 - January 2025*

In November of 2017, the voters of Jackson County authorized oversight of the Combat program to be moved under my leadership within the Prosecutor's Office. This program collects a quarter-cent sales tax for disbursement to community-based nonprofit organizations and government agencies seeking to reduce crime and violence and treat substance abuse. This position required oversight of staff and a budget over 30 million dollars annually.

### *Missouri House of Representatives*

*State Representative* *Elected November 2010 - May 2011*

- Elected as Co-Chair of the Kansas City Caucus with Rep. Berry, focusing on economic development issues, including job retention and job creation for the Kansas City metropolitan area
- Elected by House Members to serve as Chair for Freshman Class for the Minority Party
- Served on the following committees:
    - Rules, Ranking Minority Member
    - Higher Education
    - Crime Prevention and Public Safety
    - Health Insurance
    - Downsizing Government
    - Joint Committee on Legislative Research

### *Jackson County Prosecutors Office*

*Trial Team Leader/Chief Warrant Officer* *November 2007 – December 2010*

My duties included supervision of multiple attorneys, legal interns, investigator, victim advocate and support staff. I managed diversion programs and dockets while directing a trial team and trying cases. I oversaw the daily intake and review of general crimes from multiple law enforcement agencies. I also was responsible for serving on an operations committee with members of the judiciary, court personnel, members of the defense bar, law enforcement and jail personnel.

*Jackson County Assistant Prosecuting Attorney* *May 1998 – December 2010*

I held the following positions within the Jackson County Prosecutor's office:

- **Sex Crimes and Child Abuse Unit –** I prosecuted complex cases working to achieve justice for victims. My work in this unit included the evaluation and filing of charges against serial rapists, cold-hit DNA rape cases, child homicides and cases involving sexual abuse against children.
- **Domestic Violence Unit –** I oversaw multiple cases of domestic violence and expanded our charging process to include all victims of domestic violence, including children, who witnessed the crime.

- **Grand Jury Prosecutor –** In this position, I developed relationships with nearly every local, state and federal law enforcement agency within the jurisdiction in my oversight of the grand jury process.
- **Warrant Desk Attorney –** I handled approximately 80 preliminary hearings in cases ranging from Robbery in the First Degree to Tampering with a Motor Vehicle. This position allowed me to develop the ability to access evidence quickly, interact with victims of crimes and negotiate appropriate outcomes.
- **DART Unit Coordinator –** I lead the Drug Abatement Response Team (DART), supervising a team of professionals from multiple agencies and served as the community liaison for the Kansas City, Missouri Police Department.
- **Drug Enforcement Unit/Drug Court/Civil Forfeitures** – I filed and managed settlement of civil cases involving seized personal property connected to illegal activity.
- **Family Support –** My responsibilities included enforcement of child support orders.

**Recognitions in the Jackson County Prosecutor's Office:**

• *Rookie of the Year,* 2000, Annual Awards Ceremony.

• *Excellence Award for Advancing Combat Objectives,* 2002, nominated by the Jackson County Prosecutor, Police and Community Advocates for organizing and implementing the closing of three area problem hotels; conducted training for hotel operators (awarded by DA Robert Beaird).

• *Victim Advocate of the Year,* 2005 Annual Awards Ceremony, for championing the rights of crime victims and their families through the criminal justice process (awarded by DA Michael Sanders).

• *Chief Warrant Officer and Trial Team Leader* promotion 2007 (by DA James Kanatzar).

**Publications**

Published in the Marshall Project,

*The Hardest Phone Call a Prosecutor has to Make,* (9/28/2017),
https://www.themarshallproject.org/2017/09/28/the-hardest-phone-call-a-prosecutor-has-to-make

Published by Institute for Innovation in Prosecution

*Prosecutors and Crime Survivors,* (6/15/19),
https://static1.squarespace.com/static/5c4fbee5697a9849dae88a23/t/5d76936b0724bb0e6a7cc60e/1568052076747/Prosecutors%2Band%2BCrime%2BSurvivors.pdf

Published by Urban League of Greater Kansas City,

*Breaking our Violence Fever: Building Trust in Urban Neighborhoods,* (2021)
https://static1.squarespace.com/static/59c3f63f49fc2b9eb12a6663/t/61846fee0c2adb21ffbe9835/1636069365443/2021+SOBKC+Charting+the+Path+Forward+flipbook_PDF.pdf

Published in UMKC Law Review,

*Punishing the Passive Parent: Ending a Cycle of Violence*, 65 UMKC L. REV. 1003 (1997)

Published in UMKC Law Review,

*Challenging Traditional Notions of Managing Sex Offenders: Prognosis is Lifetime Management*, 66 UMKC L. Rev. 629 (1998)

Prosecutor Blog, all posts found at: https://www.jacksoncountyprosecutor.com/Blog.aspx?CID=2

*The Troubling Myth of "The Prosecutor Won't Prosecute",* (9/24 9/26/2024)
Examining Property Crimes and Efforts to Solve it in KC, (9/7/24)
A Deeper Look Into Our Outcomes in Prosecuting Homicides, (9/1/23)
A Community Update on Kevin Strickland, (8/30/23)
The Homicide Ticker: Some Good News Amid the Grim Reality of Violence, (6/30/23)

America's Monuments, (5/25/23)
Bail and Bonds: Misconceptions, (4/6/23)
National Alarms about Increased Violence to Black Females may be Exaggerated, but a grave concern, (3/27/23)

**Bar Licensure and Certifications:**

- Admitted to Practice in Missouri, 1998 (#47238), in good standing.
- Admitted to Practice in Kansas, 1999 (#19127), in good standing.

Professional Affiliations
2025 – present, Child Protection Center (CPC), Board Member.

The CPC primarily conducts forensic interviews with children who are the alleged victim of violence or abuse. This process assists law enforcement partners while limiting the number of times the child must speak about traumatic experiences. Children and families are provided with needed services, including counseling, to heal.

2022 - October 2024, Missouri Association of Prosecuting Attorneys (MAPA), Secretary, Co-Chair of Legislative Committee.

Our mission was to provide supportive services to Missouri's 115 elected prosecuting attorneys and promote policies to assist in the discharge of the duties of elected prosecutors.

2019 - November 2024, Association of Prosecuting Attorneys (APA), Chair

Our mission was to provide technical support to federal, state, local and tribal prosecutors and their partners to increase public safety and justice through innovative resources, guidance and training opportunities.

2018 - 2019, Association of Prosecuting Attorneys (APA), Vice Chair

2021 - present, Karpel Foundation, Board member,

Our board seeks to advance transparency though data driven innovation to improve criminal justice policies and practices, especially focused in prosecutor's offices.

*2011*- 2012 – Board Secretary, *Second Chance,*

Our mission was to create a metro-wide strategy to respond to prisoner reentry. The program seeks partnerships through organizing the Kansas City Metropolitan Reentry Coalition, exchanging resources and information and advocating for policy change.

2012 - 2021, *Metropolitan Organization Countering Sexual Assault (MOCSA), Board Member,*

*Our mission was to provide support to those impacted by sexual abuse and assault and to prevent sexual violence in our community.*