IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dennis Johnson | : | Case Number: 15-4965 |
| | : | |
| v. | : | |
| | : | |
| Scott Nickelson, et al. | : | |

ORDER

AND NOW, this _______ day of _____________________ 20 , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add Jean Peters-Baker, Esquire as counsel for Scott Nickelson, et al.,. Jean Peters-Baker is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_______________________________
, J.

1 Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number________________

***MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)***

I, MOVANT'S STATEMENT

I, Jean Peters-Baker the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Scott Nickelson, et al. . My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. *I state that I am currently admitted to practice in the following state jurisdiction(s):*

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| Missouri | 10/02/1998 | 47238 |
| Kansas | 5/18/1999 | 19127 |
| | | |

B. *I state that I am currently admitted to practice in the following federal jurisdiction(s):*

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| W.D. Mo. | July 2025 | |
| | | |
| | | |

C. *I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am seeking to enter my appearance for* Scott Nickelson, et al.

*Name of Attorney:* Jean Peters-Baker

*Firm Address:* Philadelphia District Attorney's Office, Three South Penn Sq., Philadelphia, PA 19103

*Telephone Number:* 816-730-4043

*Email Address:* jean@petersbakerlaw.com

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 9/10/2026 *(Date)*

/r/Jean Peters-Baker
*(Movant's signature)*

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Jean Peters-Baker to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Thomas Gaeta | /s/Thomas Gaeta | 5/11/2010 | 308786 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Philadelphia District Attorney's Office, Three South Penn Sq., Phiadelphia, PA 19103

thomas.gaeta@phila.gov, 215-686-9948

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* 9/10/2026
*(Date)*

/s/Thomas Gaeta
*(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dennis Johnson | : | Case Number: 15-4965 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| Scott Nickelson, et al. | : | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Jean Peters-Baker, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

All parties via the Court's Electronic Filing System

/s/Thomas Gaeta
(Signature of Attorney)

Thomas Gaeta
(Name of Attorney)

Scott Nickelson, et al.
(Name of Moving Party)

9/10/2026
(Date)