**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS JOHNSON,**<br>**PETITIONER,** | : | |
| **V.** | : | **CIV. NO. 15-4965** |
| **SCOTT NICKELSON, ET AL.,**<br>**RESPONDENTS.** | : | |

---

## ORDER

**AND NOW**, this 15th day of September 2026, as explained in an accompanying Memorandum, it is **hereby ORDERED** that:

1) District Attorney Lawrence Krasner is disqualified on conflict grounds from appearing in this matter;
2) Assistant District Attorney Matthew Stiegler is disqualified on conflict grounds from appearing in this matter;
3) Assistant District Attorney Jean Peters-Baker's Motion for Admission *Pro Hac Vice* (Doc. No. 170) is **DENIED** on conflict grounds;
4) Respondents' Motion for Leave to File Response to Petition for Writ of Habeas Corpus (Doc. No. 171) (prepared by Peters-Baker) is **STRICKEN** on conflict grounds.

**BY THE COURT:**

*/s/ Paul S. Diamond*

**Paul S. Diamond, J.**