**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DENNIS JOHNSON, Petitioner, | : | CIVIL ACTION |
| v. | : | No. 15-4965 |
| SCOTT NICKELSON, et al., Respondents. | : | |

**PETITIONER'S MOTION FOR STATUS CONFERENCE**

Petitioner Dennis Johnson, through counsel, files this motion for a status conference. In light of this Court's September 15, 2026 Order, it appears that proceedings on the question of conflicts are now complete. Accordingly, Mr. Johnson respectfully requests a status conference to discuss next steps regarding the merits of his petition for habeas relief.[1]

Respectfully submitted,

/s/ Anne Fisher
Anne Fisher
Aren Adjoian
Federal Community Defender Office
for the Eastern District of Pennsylvania
The Curtis, Suite 545-W
601 Walnut Street
Philadelphia, PA 19106

/s/ Nilam A. Sanghvi
Nilam A. Sanghvi
The Pennsylvania Innocence Project
1515 Market Street, Suite 300
Philadelphia, PA 19102
(215) 204-4255

[1] Counsel contacted the Office of Attorney General (OAG) and the Philadelphia District Attorney's Office (DAO) regarding this request. The OAG indicated its view that a status conference is unnecessary; the DAO has not yet responded.

(215) 928-0520

/s/ Amelia R. V. Maxfield
Amelia R. V. Maxfield
The Exoneration Project
126 C St. NW, Floor 2
Washington, DC 20001
(771) 221-0441

Dated: September 25, 2026

**CERTIFICATE OF SERVICE**

I, Nilam A. Sanghvi, hereby certify that on September 25, 2026, I served a copy of this motion on all counsel of record via the Court's CM/ECF system.

Respectfully submitted,

/s/ *Nilam A. Sanghvi*
Nilam A. Sanghvi

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DENNIS JOHNSON, Petitioner, | : | |
| v. | : | CIVIL ACTION |
| SCOTT NICKELSON, et al., Respondents. | : | No. 15-4965 |

**[Proposed] ORDER**

**AND NOW**, this _____ day of ________________, 2026, upon consideration of Petitioner's Motion for a Status Conference, it is hereby **ORDERED** that Motion is **GRANTED**. It is **FURTHER ORDERED** that a status conference is scheduled for ____________________, 2026.

**By the Court**:

________________________
Paul S. Diamond, J.