**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS JOHNSON, #JT-9636** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 15-4965** |
| | : | |
| **SCOTT NICKELSON, et al.,** | : | |
| **Respondents.** | : | |

---

**O R D E R**

**AND NOW**, this 30th day of September, 2026, it is hereby **ORDERED** that any Response to the District Attorney's Motion for Recusal (Doc. No. 177), be filed **on or before October 7, 2026 at 12:00 p.m.** Any Response to the District Attorney's Motion for Reconsideration (Doc. No. 176) shall be filed **on or before October 13, 2026, at 12:00 p.m.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.