**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS JOHNSON,** **Petitioner,** | : | |
| **V.** | : | **Civ. No. 15-4965** |
| **SCOTT NICKELSON, ET AL.,** **Respondents.** | : | |

**Diamond, J.** **October 14, 2026**

**ORDER**

**AND NOW**, this 14th day of October 2026, it is hereby **ORDERED** that:

1. The Motion for Recusal (Doc. No. 177) is **DENIED;**

2. The Motion for Reconsideration (Doc. No. 176) is **DENIED.**

**By the Court:**

***/s/ Paul S. Diamond***
**Paul S. Diamond, J.**