**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS JOHNSON,** | : | |
| **Petitioner,** | : | |
| **V.** | : | **Civ. No. 15-4965** |
| **SCOTT NICKELSON, ET AL.,** | : | |
| **Respondents.** | : | |

---

**ORDER**

**AND NOW**, this 15th day of October 2026, it is hereby **ORDERED** that:

1. **On or before October 23, 2026 at 12:00 P.M.**, the Parties shall meet and confer and jointly submit to the Court a Proposed Briefing Schedule to address the merits issues raised by Petitioner in Support of his Amended Petition for Writ of Habeas Corpus (Doc. No. 80);
2. Petitioner's Motion Requesting Decision (Doc. No. 96) is **DENIED without prejudice**;
3. Petitioner's Motion for Status Conference (Doc. No. 175) is **DENIED without prejudice**.

**By the Court:**

***/s/ Paul S. Diamond***
**Paul S. Diamond, J.**