COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

DAVID W. SUNDAY, JR.
ATTORNEY GENERAL

October 21, 2026

Honorable Paul S. Diamond
United States District Court
for the Eastern District of Pennsylvania

By: ECF Filing

Re: *Johnson v. Nickelson,* 15-4965

Dear Judge Diamond,

As directed by this Court's October 15, 2026 order (ECF #186), the parties and amicus have met and conferred to finalize a proposed briefing schedule in the above-captioned matter. Attached please find a proposed order that details the agreed upon proposed timeline.

Respectfully submitted,

*/s/Catherine Kiefer*
Senior Deputy Attorney General
Counsel for Amicus Curiae

*/s/Thomas Gaeta*
Assistant District Attorney
Counsel for Respondents

*/s/ Anne Fisher*
*/s/ Aren Adjoian*
*/s/ Amelia Maxfield*
*/s/ Nilam Sanghvi*
Counsel for Petitioner

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS JOHNSON,**<br>*Petitioner* | : | **CIVIL ACTION** |
| **v.** | : | |
| **SCOTT NICKELSON, et al.,**<br>*Respondents* | : | **NO. 15-4965** |

**[PROPOSED] ORDER**

AND NOW, this day of , 2026, by agreement of the Parties and amicus curiae, it is hereby ORDERED that:

1. Johnson shall file an updated Memorandum of Law within 60 days of the date of this order.
2. Respondents' and amicus' responses shall be filed within 90 days of the date the Memorandum is filed.
3. Johnson shall file any reply to the responses within 45 days of the date the responses are filed.

BY THE COURT:

______________________________
Honorable Paul S. Diamond

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS JOHNSON,**<br>*Petitioner* | : | **CIVIL ACTION** |
| **v.** | : | |
| **SCOTT NICKELSON, et al.,**<br>*Respondents* | : | **NO. 15-4965** |

**CERTIFICATE OF SERVICE**

I, Catherine Kiefer, hereby certify that on October 21, 2026, the foregoing was served through this Court's electronic filing system.

*Catherine B. Kiefer*
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
1000 Madison Avenue, Suite 310
Norristown, PA 19403
(Attorney for Amicus Curiae)