**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DENNIS JOHNSON,**<br>*Petitioner* | : | **CIVIL ACTION** |
| **v.** | : | |
| **SCOTT NICKELSON, et al.,**<br>*Respondents* | : | **NO. 15-4965** |

**ORDER**

AND NOW, this 21st day of October , 2026, by agreement of the Parties and amicus curiae, it is hereby ORDERED that:

1. Johnson shall file an updated Memorandum of Law within 60 days of the date of this order.
2. Respondents' and amicus' responses shall be filed within 90 days of the date the Memorandum is filed.
3. Johnson shall file any reply to the responses within 45 days of the date the responses are filed.

BY THE COURT:

s/Paul S. Diamond, J.

Honorable Paul S. Diamond